UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br> v.<br><br>SONIA LOPEZ-FLORES,<br><br>        Defendant. | No. CR14-00184 RSM<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

   THIS MATTER comes before the Court on the Defendant Lopez-Flores' Motion to Continue Trial Date and Pretrial Motions Deadline. The Court, having considered the records and files herein, makes the following findings of fact and conclusions of law:

   1.  This is the first continuance of the trial date.

   2.  Defendant Lopez-Flores needs additional time to explore issues that may assist in resolving this case or preparing for trial, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii),

3.      Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of her defense.  18 U.S.C. § 3161(h)(7)(B)(iv).

4.      Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(i).

5.      The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from September 22, 2014, to December 1, 2014, at 9:00 AM.  The resulting period of delay from September 22, 2014, up to and including the new trial date of December 1, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Pretrial motions are now due October 15, 2014.

DONE this 22nd day of August, 2014.

/s/ Ricardo S. Martinez
JUDGE RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2
Case No. CR14-00184-RSM

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
(206) 622-8000